IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

**CHRISTOPHER WILLIAMS, ET AL**
       **Plaintiffs,**

VS.                                                          Case No. 4:13-cv-00036

**TREND SERVICES, INC.**                   JUDGE GRAY H. MILLER
       **Defendant**

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come Plaintiff, Christopher Williams, and Defendant, Trend Services, Inc., who hereby give formal notice to the Court that Plaintiff and Defendant have agreed to a settlement that will resolve all claims asserted in the captioned matter.  It is anticipated that a joint motion seeking approval of the settlement and dismissal the case will be filed by Plaintiff and Defendant in due course upon completion and execution of formal settlement documents.

RESPECTFULLY SUBMITTED,

**BRUCHEZ & GOSS**
4343 Carter Creek Parkway, Suite 100
Bryan, Texas 77802
(979) 268-4343
(979) 268-5323 FAX

By: /s/ Jay B. Goss
       JAY B. GOSS**
       State Bar No. 08222600
       Admissions No. 68776

**ATTORNEY FOR CHRISTOPHER WILLIAMS, Plaintiff**

**GIBSON GRUENERT, PLLC**

BY: /s/ Jason B. Boudreaux
**JASON B. BOUDREAUX**
Texas Bar No. 24071557
Southern District I.D. No. 1531837
*LEAD ATTORNEY*
**jboudreaux@gibson-gruenert.com**

**PAUL D. GIBSON**
Texas Bar No. 24026176
Southern District I.D. No. 302556
**pgibson@gibson-gruenert.com**
600 Jefferson Street, Suite 600
Post Office Box 3663
Lafayette, Louisiana 70502-3663
Telephone: (337) 233-9600
Facsimile: (337) 269-4675

**ATTORNEYS FOR DEFENDANT,
TREND SERVICES, INC.**

** Signed and filed by Jason B. Boudreaux with express permission.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above **NOTICE OF SETTLEMENT** was filed electronically with the Clerk of Court using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by:

**(X) CM-ECF**   (  ) Hand Delivery    (  ) Prepaid U.S. Mail   (  ) Facsimile

Lafayette, Louisiana, this 27th day of February, 2014.

        /s/ Jason B. Boudreaux
        JASON B. BOUDREAUX